**Steven E. ROUSSEAU, Appellant,**

v.

**RIVER VALLEY INDUSTRIES, Appellee.**

No. 08–1253.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 26, 2008.

Filed: Feb. 12, 2009.

Steven E. Rousseau, St. Peter, MN, pro se.

Marsha Eldot Devine, Attorney General's Office, St. Paul, MN, for Appellee.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Steven Rousseau appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action. Upon careful review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir.2007), we hold that summary judgment was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.